QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KENNETH WALLACE DeBOLT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>KENNETH WALLACE DeBOLT,<br><br>          Defendant. | NO. 1:05-cr-00237 AWI<br><br>STIPULATION TO VACATE MOTIONS CALENDAR/HEARING; SET STATUS CONFERENCE HEARING; AND ORDER THEREON<br><br>Date:  November 21, 2005<br>Time:  9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the motions calendar and the hearing on said motions set for October 3, 2005 are hereby vacated; to be reset by the Court;

**IT IS FURTHER STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that a Status Conference Hearing be scheduled in this matter for **November 21, 2005 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///

1  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2  DATED: September 29, 2005                MCGREGOR W. SCOTT
                                            United States Attorney

5                                           By /s/ Marlon Cobar
                                            MARLON COBAR
6                                           Assistant U.S. Attorney
                                            Attorney for Plaintiff

8  DATED:  September 29, 2005               QUIN DENVIR
                                            Federal Defender

11                                          By /s/ Mark A. Lizárraga
                                            MARK A. LIZÁRRAGA
                                            Assistant Federal Defender
12                                          Attorney for Defendant

**O R D E R**

14  IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

17  IT IS SO ORDERED.

18  **Dated:   September 30, 2005**            /s/ **Anthony W. Ishii**
    0m8i78                                  UNITED STATES DISTRICT JUDGE

Stipulation to Vacate Motions Schedule/Hearing
Set Status Conference Hearing           2