QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KENNETH WALLACE DeBOLT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00237 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| KENNETH WALLACE DeBOLT, ) | |
| ) | Date:  December 5, 2005 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference hearing in the above captioned matter scheduled for November 21, 2005 may be continued to **December 5, 2005 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1 | preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2 | DATED: November 16, 2005                MCGREGOR W. SCOTT
                                            United States Attorney

5 | By /s/ Marlon Cobar
    MARLON COBAR
    Assistant U.S. Attorney
    Attorney for Plaintiff

8 | DATED:  November 16, 2005               QUIN DENVIR
                                            Federal Defender

11 | By /s/ Mark A. Lizárraga
     MARK A. LIZÁRRAGA
     Assistant Federal Defender
     Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   November 16, 2005**            /s/ **Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE