```
QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KENNETH WALLACE DeBOLT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-00237 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| KENNETH WALLACE DeBOLT, | |
| Defendant. | Date:  January 3, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference hearing in the above captioned matter, scheduled for December 5, 2005,  may be continued to **January 3, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: November 30, 2005         MCGREGOR W. SCOTT
                                 United States Attorney


                                 By /s/ Marlon Cobar
                                 MARLON COBAR
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


DATED:  November 30, 2005        QUIN DENVIR
                                 Federal Defender


                                 By /s/ Mark A. Lizárraga
                                 MARK A. LIZÁRRAGA
                                 Assistant Federal Defender
                                 Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).


IT IS SO ORDERED.

**Dated:    December 2, 2005**           **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE